# United States Court of Appeals
## For the Eighth Circuit
_____

No. 19-1022
_____

Tyrong Godbold,

*Plaintiff - Appellant,*

v.

John Hammons, individually and in his official capacities; Patrick Langley, individually and in his official capacities; The City of Hot Springs, a municipal corporation and public body corporate and politic; Brandon Jones, individually and in his official capacities; David Flory, individually and in his official capacity as former Chief of Police; Jason Stachey, in his official capacity as Chief of Police Hot Springs Police Department,

*Defendants - Appellees.*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: December 4, 2019
Filed: December 10, 2019
[Unpublished]
_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Tyrong Godbold appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following a careful review, we conclude that the district court did not err in granting summary judgment. *See Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.